**Order filed December 10, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-01056-CV
_____

**IN THE INTEREST OF L.J.S., A CHILD, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-05197J**

# O R D E R

This is an appeal from a judgment in a parental termination case signed November 13, 2018. An appeal from in a parental termination case is accelerated and governed by the rules for accelerated appeals in civil cases. Tex. Fam. Code § 109.002(a); Tex. R. App. P. 28.4(a). In an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment or order is signed. Tex. R. App. P. 26.1(b). Moreover, neither a motion for new trial, a request for findings of fact and

conclusions of law, nor any other post-trial motion in the trial court will extend the deadline for filing a notice of appeal under Rule 26.1(b) of the Texas Rules of Appellate Procedure. Tex. R. App. P. 28.1(b)

Appellant's notice of appeal was due December 3, 2018. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on December 4, 2018 a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997); *see also In re M.A.*, 222 S.W.3d 670, 670 (Tex. App.—Houston [14th Dist.] 2007, no pet.). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM